IN THE UNITED STATES DISTRICT COURT **FILED**

FOR THE WESTERN DISTRICT OF TEXAS OCT 2 3 2018

WACO DIVISION

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| (1) MICHAEL VARGAS | § | CRIMINAL NO. 6:15-CR-00 31-ADA |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER DENYING MOTION FOR EARLY TERMINATION OF ADULT SUPERVISION

Came for consideration on October 23, 2018, Defendant Michael Vargas' Motion for Early Termination of Adult Supervision, (Dkt. 77). The Court has carefully considered the Motion and is of the opinion that it should be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Early Termination of Adult Supervision is **DENIED**.

**SIGNED** this 23rd day of October 2018.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE